ROBERT L. REIDY, Appellant, *v.* CITY OF SYRACUSE et al., Defendants, and CARL P. WRIGHT, as President of the Common Council of the City of Syracuse, et al., Respondents.

Argued October 13, 1937; decided October 14, 1937.

*Harry Treinin* for appellant.

*James C. Tormey, Corporation Counsel (John F. Hmiel* of counsel), for respondents.

Appeal dismissed, without costs. Motion for leave to appeal denied, without costs. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.